UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. MAURY,<br><br>   Plaintiff,<br><br>v.<br><br>C. SEAMON, et al.,<br><br>   Defendants. | Case No. 22-cv-04463-JSW<br><br>**JUDGMENT** |

A judgment of dismissal is entered.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge